Argued May 22, petition allowed May 23, 1968

# ANDERSON, *Petitioner, v.* THORNTON ET AL, *Respondents.*

441 P. 2d 241

*Norman L. Lindstedt,* Portland, argued the cause and filed a brief for petitioner.

*Walter L. Barrie,* Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief was Robert Y. Thornton, Attorney General, Salem.

Before PERRY, Chief Justice, and MCALLISTER, SLOAN, O'CONNELL, GOODWIN, DENECKE and HOLMAN, Justices.

## PER CURIAM.

The abbreviated statement of purpose proposed by the Attorney General in this proceeding reads:

### "HIGHWAY BONDS TO ACQUIRE OCEAN SHORE

"PURPOSE: Constitutional amendment. Defines 'ocean shore' as beach between extreme low tide and vegetation line. Dedicates 'ocean shore' as perpetual public park. Directs state to acquire privately-owned 'ocean shore,' if appropriate. Authorizes issue of general obligation highway bonds for future acquisition. Permits use of gasoline and motor vehicle tax revenues to retire such bonds. Allows leasing of 'ocean shore' or granting easements or licenses, if consistent with public recreation. Confirms existing public rights to 'ocean shore'."

In this statement, as in *Anderson v. Thornton,* decided today, 250 Or 185, 441 P2d 240, the Attorney General has also used the hyphenated words "privately-owned" to reduce the number of words in the statement. In order to eliminate a word we have stricken the word "such" from the sentence in the statement reading: "Permits use of gasoline and motor vehicle tax revenues to retire such bonds."

With this modification the ballot title is certified to the Secretary of State.

Costs to neither party.